IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN LUVON LYONS,
    Plaintiff,

vs.                            3:07cv93/RV/MD

FT. WALTON POLICE
DEPARTMENT, et al.,
    Defendants.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 9, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    At Pensacola, Florida, this 24th day of April, 2007.


                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE